UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH KNAUSS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 2:19-cv-03122 |
| | : | |
| C. HALEY JENKINS, *et al.*, | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 11th day of February, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

2. The cased is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge